■ In the Matter of GENA RANGEL, as Preliminary Executor of FRANCIS HEILBUT, Deceased, Petitioner, v LAURA VISITACION-LEWIS, Respondent. [820 NYS2d 885]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motion granted and the petition dismissed, without costs or disbursements. Motion seeking a preliminary injunction denied. All concur. No opinion. Order filed. Concur— Mazzarelli, J.P., Andrias, Sullivan, Nardelli and McGuire, JJ.